FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 22 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30156 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-00001-RRB-1 |
| v. | |
| LAMON GLENN WASHINGTON, AKA Monte, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, Chief District Judge, Presiding

Submitted February 21, 2012[**]

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Lamon Washington appeals the 87 month sentence imposed following his

guilty plea to drug conspiracy in violation of 21 U.S.C. §§ 846 and 841(a)(1) and

841(b)(1)(B).

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Washington contends that the district court erred by applying a three-level adjustment for his role as a manager or supervisor under U.S.S.G. § 3E1.1(a).  The district court did not clearly err in light of Washington's admission at the plea hearing that he was involved in a drug conspiracy that involved five people, and that he directed and managed other participants in transporting the drugs.  *See United States v. Egge*, 223 F.3d 1128, 1132 (9th Cir. 2000) (three-level adjustment proper where defendant used others to help him sell drugs).

**AFFIRMED**.